# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
APR 16 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY LS  DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUAN RAFAEL ALCALA (1),

    Defendant.

CASE NO. 15CR0721-JLS

**JUDGMENT OF DISMISSAL**

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

_X_  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment:

18 USC §1542 - False Statements in Application for a United States passport.

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 15, 2015

                *Janis L. Sammartino*
                Honorable Janis L. Sammartino
                United States District Judge